UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CRENSHAW,<br><br>    Plaintiff,<br><br>    v.<br><br>THE ARBORS AT ANTELOPE,<br><br>    Defendant. | No. 2:22-cv-00711-TLN-AC<br><br>**ORDER** |

Plaintiff, proceeding *pro se*, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 7, 2022 the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 5.) Plaintiff filed objections on June 30, 2022. (ECF No. 6.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 7, 2022, (ECF No. 5), are adopted in full; and

2. This case is DISMISSED with prejudice for lack of federal jurisdiction.

**DATED: July 22, 2022**

_____
Troy L. Nunley
United States District Judge